# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JS-6

## CIVIL MINUTES – GENERAL

| Case No. | 8:24-cv-02342-DOC-KESx | Date | November 12, 2024 |
|---|---|---|---|
| Title | Razieh Mirzaei v. Alejandro N. Mayorkas, et al. | | |

**PRESENT:** **HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT JUDGE**

| Karlen Dubon | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** **(IN CHAMBERS) ORDER DISMISSING ACTION FOR LACK OF PROSECUTION FOR FAILURE TO COMPLY WITH THE COURT'S ORDER**

On November 4, 2024, the Court issued a MINUTE ORDER (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL FOR LACK OF PROSECUTION (Dkt. 15). Plaintiff has failed to comply with the Court's Order.

Therefore, the Court **ORDERS** that this action is DISMISSED without prejudice for lack of prosecution and for failure to comply with the Orders of the Court.

                                                                                                    _____  :  _____
                                                                        Initials of Deputy Clerk    kdu